POLSINELLI PC
Robert J. Hingula (#553423512)
900 W. 48th Place, Suite 900
Kansas City, MO 64112
816-753-1000
Fax: 816-753-1536
rhingula@polsinelli.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **ANDREW TORO, on behalf of himself and all others similarly situated,**<br><br>         **Plaintiffs,**<br><br>v.<br><br>**DERMLITE, LLC,**<br><br>         **Defendant.** | Case No.: 1:23-cv-02769-JPO<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

  Plaintiff Andrew Toro and Defendant DermLite, LLC submit this Joint Stipulation of Dismissal with Prejudice of the above-styled matter, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). This action, in full and including all claims, is dismissed with prejudice, with each party to bear and pay its own costs and attorneys' fees, and neither party constituting a "prevailing party" under any applicable law.

  Dated: July 19, 2023

                POLSINELLI PC

                By: _____
                  Robert J. Hingula (#553423512)
                  900 W. 48th Place, Suite 900
                  Kansas City, MO 64112
                  816-753-1000
                  Fax: 816-753-1536
                  rhingula@polsinelli.com

                ATTORNEYS FOR DEFENDANT

MARS KHAIMOV LAW, PLLC

By: _____

Mars Khaimov, Esq. (#5256789)
108-26 64th Ave, Second Floor
Forest Hills, New York 11375
929-324-0717
Fax: 929-333-7774
mars@khaimovlaw.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Motion to Withdraw and Substitution of Counsel was served by ( x ) electronically filing with the Clerk of the Court using the CM/ECF system, which will send notice of filing; (___) United States Mail, postage prepaid; and/or (___) E-mail this 19th day of July, 2023, to:

Mars Khaimov
Mars Khaimov Law, PLLC
108-26 64th Avenue, 2nd Floor
Forest Hills, NY 11375
929-324-0717
Fax: 929-333-7774
mars@khaimovlaw.com

ATTORNEYS FOR PLAINTIFF

/s/ Robert J. Hingula

90244143.1